**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

March 16, 2020

VIA ECF

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/16/2020

    Re:   *United States v. Christopher Marino*
          SDNY Ind. No. 20 cr 160 (MKV)
          Consent Request for Additional Time for Suretor to Co-Sign Defendant's
          Fifty Thousand Dollar Personal Recognizance Bond

Dear Judge Vyskocil:

      As I have yet to meet Your Honor, my name is Guy Oksenhendler, Esq. and I represent defendant Christopher Marino in the above-entitled case.  Welcome to the bench of the United States District Court for the Southern District of New York.  Reference is made to the conditions of pre-trial release determined at the arraignment of my client, a fifty thousand dollar personal recognizance bond signed by the defendant and one additional financial secure individual, which required his suretor to co-sign his bond by today.  While the suretor has endeavored to gather all necessary financial documents necessary for her interview with the Southern District of New York United States Attorney's Office, the events of the last week have made this more difficult than anticipated.  Accordingly, counsel has reached out to Assistant United States Attorney Andrew Adams regarding this situation and requested his consent to make this request for additional time for the suretor to interview with the United States Attorney's Office and sign the bond.  With his consent, counsel respectfully requests additional time for Mr. Marino's suretor to sign his bond; until Friday, March 20, 2020.

      Should your Honor have any questions regarding this request, please do not hesitate to contact counsel immediately.  Your consideration of the above request is greatly appreciated.

                                            Very truly yours,

                                            /s/ *Guy Oksenhendler*

                                            Guy Oksenhendler

**Granted. SO ORDERED.**

Date: 3/16/2020
New York, New York
          *Mary Kay Vyskocil*
          Mary Kay Vyskocil
          United States District Judge