USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020

**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

VIA ECF

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    ***United States v. Christopher Marino***
            SDNY Ind. No. 20 cr 160 (MKV)
            <u>Request to Waive Defendant's Appearance</u>
            <u>and Permission for Counsel to Appear by Phone</u>

> DENIED without prejudice to renewal upon submission of a valid waiver of appearance signed by the Defendant. The Court will permit attorneys to appear telephonically only once the Court has accepted a signed waiver of appearance pursuant to Federal Rule of Criminal Procedure 10(b). Note that any attorney seeking to appear telephonically must be prepared to agree to a schedule for the remainder of the case at the conference.
>
> Date: 3/19/2020      /s/ Mary Kay Vyskocil
> New York, New York      Mary Kay Vyskocil
>                          United States District Judge

Dear Judge Vyskocil:

    Reference is made to the status conference currently scheduled for March 23, 2020 in the above-entitled case. It is respectfully requested in light of the current public health situation that counsel be allowed to appear telephonically at the conference and that the appearance of defendant Chris Marino be waived. Counsel has spoken to Mr. Marino regarding this request and after consultation with counsel, including informing him of his obligation and right to appear before the court for such appearance, he knowingly, intelligently and voluntarily agrees to waive his right to appear and requests that his appearance be waived. Mr. Marino does not have a printer at home and as such can not sign and return a waiver if counsel had forwarded one to him. Counsel has previously given Mr. Marino a copy of his indictment at his presentment, reviewed the indictment with him and would ask the Court, through counsel, to enter a Not Guilty plea on his behalf. He also agrees to abide by whatever schedule the Court establishes at the conference regarding discovery, motion and trial dates.

    Should your Honor have any questions regarding this request, please do not hesitate to contact counsel immediately. Your consideration of the above request is greatly appreciated.

                        Very truly yours,

                        /s/ *Guy Oksenhendler*

                        Guy Oksenhendler