USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020

**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

March 19, 2020

VIA ECF

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Granted. SO ORDERED.**
>
> Date: 3/19/2020     /s/ Mary Kay Vyskocil
> New York, New York     Mary Kay Vyskocil
>     United States District Judge

Re: ***United States v. Christopher Marino***
SDNY Ind. No. 20 cr 160 (MKV)
Consent Request for Additional Time for Suretor to Co-Sign Defendant's
Fifty Thousand Dollar Personal Recognizance Bond

Dear Judge Vyskocil:

Reference is made to the conditions of pre-trial release determined at the arraignment of my client, a fifty thousand dollar personal recognizance bond signed by the defendant and one additional financial secure individual, which required his suretor to co-sign his bond by today. While the suretor has endeavored to gather all necessary financial documents necessary for her interview with the Southern District of New York United States Attorney's Office, the events of the last week have made this more difficult than anticipated. Moreover, the suretor is an older woman whom is concerned about traveling to New York City from her home in New Jersey, over an hour travel time each way, to conduct an interview and sign the bond. Counsel has spoken to the assigned assistant about alternative means to resolve this issue, such as a telephonic interview and having the bond signed in New Jersey, and these contingencies are being sorted out. Accordingly, counsel has reached out to Assistant United States Attorney Andrew Adams regarding this situation and requested his consent to make this request for additional time for the suretor to interview with the United States Attorney's Office and sign the bond. With his consent, counsel respectfully requests additional time for Mr. Marino's suretor to sign his bond; until Friday, March 27, 2020.

Should your Honor have any questions regarding this request, please do not hesitate to contact counsel immediately. Your consideration of the above request is greatly appreciated.

Very truly yours,

/s/ *Guy Oksenhendler*

Guy Oksenhendler