USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2020

**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

VIA ECF

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Christopher Marino*
    SDNY Ind. No. 20 cr 160 (MKV)
    <u>Request to Waive Defendant's Appearance</u>
    <u>and Permission for Counsel to Appear Telephonically</u>

> GRANTED. The Court accepts Defendant Marino's waiver of appearance and grants counsel's request to appear telephonically. Counsel is directed to call 888-278-0296 and enter access code 5195844 to join the conference. Counsel for Mr. Marino should be prepared to agree to a schedule for the remainder of the case and to address any issues or questions that arise.
>
> Date: 3/20/2020
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

Dear Judge Vyskocil:

  Reference is made to the status conference currently scheduled for March 23, 2020 in the above-entitled case. It is respectfully requested in light of the current public health situation that counsel be allowed to appear telephonically at the conference and that the appearance of defendant Chris Marino be waived. Counsel has spoken to Mr. Marino regarding this request and after consultation with counsel, including informing him of his obligation and right to appear before the court for such appearance, he knowingly, intelligently and voluntarily agrees to waive his right to appear and requests that his appearance be waived. Attached please find Mr. Marino's signed waiver, also signed by counsel. Counsel has previously given Mr. Marino a copy of his indictment at his presentment, reviewed the indictment with him and would ask the Court, through counsel, to enter a Not Guilty plea on his behalf at the scheduled status conference. He also agrees to abide by whatever schedule the Court establishes at the conference regarding discovery, motion and trial dates. Additionally, we agree to waive any Speedy Trial considerations in ligh of the complexity of the case, the need to review discovery and conduct plea negotiations.

  Should your Honor have any questions regarding this request, please do not hesitate to contact counsel immediately. Your consideration of the above request is greatly appreciated.

            Very truly yours,

            /s/ *Guy Oksenhendler*
            Guy Oksenhendler