**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2020
```

April 17, 2020

VIA ECF

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Christopher Marino*
                SDNY Ind. No. 20 cr 160 (MKV)
                <u>Request to Submit Interim Vouchers</u>

Dear Judge Vyskocil:

    Reference is made to my appointment of Defendant Christopher Marino in the above-entitled case. Counsel is appointed pursuant to the Criminal Justice Act and respectfully requests to submit interim vouchers in the instant case.

    Should your Honor have any questions regarding this request, please do not hesitate to contact counsel immediately. Your consideration of the above request is greatly appreciated.

                              Very truly yours,

                              /s/ *Guy Oksenhendler*
                              Guy Oksenhendler

---

**Granted. SO ORDERED.**

Date: 4/20/2020
New York, New York

Mary Kay Vyskocil
United States District Judge