```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - X
                              :
UNITED STATES OF AMERICA      :
                              :
         - v. -               :
                              :
CHRISTOPHER MARINO,           :
                              :
              Defendant.      :
                              :
- - - - - - - - - - - - - - X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/24

**UNSEALING ORDER**

S4 20 Cr. 160 (MKV)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney David R. Felton, and with the consent of counsel for defendant Christopher Marino, Guy Oksenhendler, Esq.;

It is found that (1) Information S4 20 Cr. 160 (the "Information") and the related charging paperwork, and (2) the transcript of the defendant's November 4, 2020 waiver of indictment and guilty plea, are currently sealed and subject to temporarily delayed docketing; and that the United States Attorney's Office has applied to have the Information and the guilty plea transcript unsealed because the needs for further sealing and delayed docketing have now dissipated;

IT IS THEREFORE ORDERED that the Information and the guilty plea transcript be unsealed.

DATED:   New York, New York
         January 10, 2024

_____
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK