UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------

UNITED STATES OF AMERICA,

          -v-

CHRISTOPHER MARINO,

                  Defendant.

-----------------------------------------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

20-cr-160-19 (MKV)

ORDER

MARY KAY VYSKOCIL, District Judge:

     IT IS HEREBY ORDERED that sentencing in this matter is scheduled for **MAY 9TH, 2024 at 11am** in courtroom 18C at 500 Pearl Street, New York, NY 10007.

     IT IS FURTHER ORDERED that defense submissions shall be due April 25th , 2024 and the Government's response shall be due May 2th, 2024.

     **SO ORDERED:**

**Dated: January 16, 2024**

_____
**Mary Kay Vyskocil**
**United States District Judge**