USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER MARINO,

Defendant.

20-cr-160-19 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The sentencing in this case is scheduled to take place on May 9, 2024. However, the Court has been informed that defense counsel for Mr. Marino has passed away. As such, no interview of the defendant should take place in connection with the preparation of the Presentence Investigation Report until new counsel is appointed.

**SO ORDERED.**

Date: **February 14, 2024**
**New York, NY**

*[Signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**

1