**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
:
UNITED STATES OF AMERICA            :
:
    -against-                  :
:
Christopher Marino                  :
:
:
------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/29/2024
```

**ORDER**

20-cr-160-19 (MKV)
Docket #

__Mary Kay Vyskocil__, **DISTRICT JUDGE:**
   Judge's Name

The C.J.A. attorney assigned to this case

__Guy Oksenhendler__ is hereby ordered substituted
   Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to __Karloff Commssiong__, NUNC-PRO-TUNC __2/29/2024__.
                         Attorney's Name

**SO ORDERED.**

*Mary Kay Vyskocil*
**UNITED STATES DISTRICT JUDGE**

**Dated:** **February 29, 2024**
       **New York, New York**